UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERKUMPULAN INVESTOR CRISIS CENTER DRESSEL — WBG,<br><br>Plaintiff,<br><br>v.<br><br>DANNY WONG, *et al.*,<br><br>Defendants. | C09-1786-JCC<br><br>**ORDER** |

This matter comes before the Court upon Plaintiff's motion for constructive service of process upon certain named defendants. (Dkt. No. 202). The motion is unopposed. Having reviewed Plaintiff's submission and found good cause therein, the Court hereby GRANTS the motion. The Court therefore AUTHORIZES constructive service of process upon Defendant Frank Ho and upon Defendant Joseph Yau.

Also pending before the Court is Plaintiff's motion to continue the trial date. (Dkt. No. 223). That motion is also unopposed. Having reviewed this second submission and having found good cause therein, the Court hereby GRANTS the motion. The Court therefore CONTINUES the trial date in this matter until 9:30 a.m. on Monday, January 14, 2013.

## I. DISCUSSION

The Court hereby authorizes constructive service of process upon Defendant Frank Ho and upon Defendant Joseph Yau. Plaintiff shall effectuate such service of process upon Defendant Frank Ho by sending process *via* certified mail to the following addresses:

> Ho Shih Cheong (Frank)
> Flat B 3/F, Richery Palace
> 16 Tung Shan Terrace
> Stubbs Road, Hong Kong
>
> Baker Marquart LLP
> Attn: Mark L. Smith, esq.
> 10990 Wilshire Blvd., Fourth Floor
> Los Angeles, CA 90024
>
> Winston & Strawn LLP
> Attn: Laura Petroff, esq.
> 333 S. Grand Ave.
> Los Angeles, CA 90071

Plaintiff shall effectuate service of process upon Defendant Joseph Yau by sending process *via* certified mail to the following addresses:

> Yau Pui Kee (Joseph)
> Apartment 1A, Monte Villa
> 41 Repulse Bay Rd.
> Hong Kong
>
> Baker Marquart LLP
> Attn: Mark L. Smith, esq.
> 10990 Wilshire Blvd., Fourth Floor
> Los Angeles, CA 90024
>
> Winston & Strawn LLP
> Attn: Laura Petroff, esq.
> 333 S. Grand Ave.
> Los Angeles, CA 90071

//

//

**II. CONCLUSION**

The Court GRANTS Plaintiff's motion for constructive service of process upon certain named defendants (Dkt. No. 202), and the Court GRANTS Plaintiff's motion to continue the trial date. (Dkt. No. 223). The Court therefore CONTINUES the trial date in this matter until 9:30 a.m. on Monday, January 14, 2013.

SO ORDERED this 19th day of August, 2011.

JOHN C. COUGHENOUR
United States District Judge