THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| PERKUMPULAN INVESTOR CRISIS CENTER DRESSEL - WBG,<br><br>Plaintiff,<br><br>v.<br><br>DANNY MK WONG, *et al.*,<br><br>Defendants. | CASE NO. C09-1786-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The Court recently received notification from Plaintiff's counsel that its claims against Defendants Tanner LC, Randy Sellers, and Professional Business Advisors LLC have been resolved by private settlement. Accordingly, the Court hereby TERMINATES the motions filed by those parties (Dkt. Nos. 372, 383, 433). The parties are DIRECTED to submit a stipulated dismissal or a status report explaining their failure to do so within 30 days of the date of this order.

//

//

//

MINUTE ORDER, C09-1786-JCC
PAGE - 1

1	DATED this 16th day of December 2013.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk